| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:00-CR-00007 JMF |
| DEFENDANT | TYPE OF PROCESS |
| WAYNE WILSON EVANS | WRIT OF GARNISHMENT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Ave., Ste. 100, Anchorage, AK 99501  Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK  99513-7567

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

RECEIVED
APR -3 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                                                       Fold
Please serve ~~writ~~ LEVY to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Signature of Attorney or other Originator requesting service on behalf of: Richard L. Pomeroy, A.U.S.A.  ☒ PLAINTIFF  ☐ DEFENDANT  TELEPHONE NUMBER (907) 271-5071  DATE 5-7-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 11 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk  AMK | Date 5/8/07 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 05/10/07 | Time 1100 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 45 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  Returned No funds

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

04154

# Notice of Levy
## On Alaska Permanent Fund Dividend
## By a Court Writ

To: State of Alaska
Department of Revenue
Permanent Fund Dividend Division

From: United States Marshals
222 W. 7th Avenue, #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

| - For PFD Division Use Only - |
| --- |
| PFD Server Code |
| **G0137** |
| Location_____ |
| Priority_____ |

☐ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**CASE NUMBER:** 3:00-CR-007-JMF

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** WAYNE WILSON EVANS

**AKA or Alias:**

**Social Security Number:** Redacted SSN

**Date of Birth:** Redacted DOB

**Amount of Writ** $9,225.00

**Service Fee** $

**Interest to October 15** $n/a

**Total Due** $9,225.00

Service Agent

| Signature | Date |
| --- | --- |
| [signature] | 5/10/07 |
| Printed Name | Title |
| ANDREW ARNOLD | DUSM |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. A00-007 CR(JMF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | WRIT OF EXECUTION ON PERMANENT |
| | ) | FUND DIVIDEND |
| WAYNE WILSON EVANS, | ) | |
| SS#: Redacted SSN | ) | |
| DOB: Redacted DOB | ) | |
| | ) | |
| Defendant. | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On May 31, 2000, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against WAYNE WILSON EVANS as judgment debtor, for

$0.00            criminal fines

$20,000.00       restitution

$100.00          special assessments

$20,100.00       JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$0.00    late-payment penalties per 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612

$0.00    accrued interest, and

$55.00   accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$10,975.00   which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$9,180.00 ACTUALLY DUE on June 2, 2005, of which $9,125.00 is due on the judgment as entered and bears no interest.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this 13 day of June, 2005 at Anchorage, Alaska.

IDA ROMACK
Clerk of Court

Redacted Signature
By: ( _____
    Deputy Clerk